# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*,<br><br>                      Plaintiffs,<br><br>vs.<br><br>KEPHART & CORTI PRODUCTIONS, INC, *et al.*,<br><br>                      Defendants. | Case No. 2:09-cv-02043-GMN-PAL<br><br>**ORDER** |

      Before the court is Plaintiffs' Fourth Motion to Enlarge Time for Service of Process (Dkt. #28). Plaintiff has requested and received three prior extensions of time to serve Defendant Tropicana Las Vegas, Inc., and requests a further extension until November 30, 2010. On October 19, 2010, Plaintiffs and Defendant Tropicana Las Vegas, Inc filed a stipulation for dismissal without prejudice which the district judge has approved. Accordingly,

      **IT IS ORDERED** Plaintiff's Fourth Motion to Enlarge Time for Service of Process (Dkt. #28) is **DENIED as MOOT**.

      Dated this 25th day of October, 2010.

                                                                    _____<br>
                                                                     Peggy A. Leen<br>
                                                                     United States Magistrate Judge