**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
E-mail: kbchrislaw@aol.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, by and through its Fiduciary Tom Zumtobel; SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST FUND, by and through its Fiduciary Angie Ambrose,<br><br>Plaintiffs,<br><br>vs.<br><br>KEPHART & CORTI PRODUCTIONS, INC. dba THE COMEDY STOP, a Nevada Corporation; TROPICANA LAS VEGAS, INC., a Nevada Corporation; ROBERT KEPHART, individually; JOHN DOES 1-5; ROE ENTITIES 1-5,<br><br>Defendants. | Case No.: 2:09-CV-02043-RCJ-PAL |

## **DEFAULT JUDGMENT**

Having considered the Application for Entry of Default Judgment Against Defendant Kephart & Corti Productions, Inc. dba The Comedy Stop (the "Comedy Stop") and Robert Kephart, filed by the Plaintiffs, together with the Points and Authorities, Exhibits, Affidavits and Declaration submitted therewith, and for Good Cause Appearing therefor, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of the Plaintiffs and against the Defendants Comedy Stop and Robert Kephart, jointly and severally, in the total sum of Forty Nine Thousand Five Hundred Thirty One and 20/100 Dollars ($49,531.20) ("Judgment Amount").

2.	The Judgment Amount shall bear interest at the rate of 12% per annum until paid in full and shall be increased by the amount of any attorney's fees and costs incurred by the Plaintiffs for collection of the Judgment Amount, and by the amount of any audit costs incurred by the Plaintiffs to complete a compliance Audit.

3.	The Defendants shall cooperate with and provide all records necessary to complete the Audit.

**IT IS SO ORDERED** this 11th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: /s/ Sara D. Cope
    Sara D. Cope, Esq.
    *Attorneys for Plaintiffs*