**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs/Judgment Creditors*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, by and through its Fiduciary Tom Zumtobel; SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST FUND, by and through its Fiduciary Angie Ambrose,<br><br>Plaintiffs,<br><br>vs.<br><br>KEPHART & CORTI PRODUCTIONS, INC. dba THE COMEDY STOP, a Nevada Corporation; TROPICANA LAS VEGAS, INC., a Nevada Corporation; ROBERT KEPHART, individually; JOHN DOES 1-5; ROE ENTITIES 1-5,<br><br>Defendants. | Case No.: 2:09-CV-02043-GMN-PAL<br><br>**ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION OF ROBERT KEPHART** |

Pursuant to the Application of Judgment Creditors Hotel Employees and Restaurant Employees International Union Welfare Fund and the Southern Nevada Culinary and Bartenders Pension Trust Fund (collectively "Judgment Creditors") for issuance of this Court's Order Scheduling Judgment Debtor Examination of Robert Kephart and Production of Documents, and Good Cause Appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1.  Judgment Debtor Robert Kephart ("Judgment Debtor") shall personally appear before this Court on _____August_____, _9_, _2011_ at 9:00 a.m. and shall be sworn to tell me the truth and give testimony at a subsequent Judgment Debtor Examination.

2. Immediately after appearing before this Court on the date and time above-stated, the Judgment Debtor shall accompany Judgment Creditors' Counsel and shall give sworn testimony at a Judgment Debtor Examination to be held at the Offices of Counsel for the Judgment Creditors (unless otherwise negotiated by the Parties and approved by the Court), located at 7440 W. Sahara Avenue, Las Vegas, NV 89117. Judgment Debtor shall be examined with regard to the extent and location of Judgment Debtor's assets that may be available to the Judgment Creditors for the purpose of satisfying the Judgment entered by this Court on or about April 11, 2011, specifically regarding the following:

- Judgment Debtor's personal property and assets;
- Judgment Debtor's source of income;
- Judgment Debtor's accounts with financial institutions;
- Safety deposit box locations;
- Liens against the Judgment Debtor;
- Money owed to the Judgment Debtor by anyone else;
- Loans made by the Judgment Debtor;
- Real estate owned by the Judgment Debtor;
- Trust in which the Judgment Debtor may be a beneficiary;
- Vehicles owned by the Judgment Debtor;
- Lawsuits by the Judgment Debtor;
- Judgment Debtor's stocks, bonds, money markets or other investment accounts;
- Other Judgments pending against the Judgment Debtor;
- Tax liens against the Judgment Debtor;
- Pending lawsuits against the Judgment Debtor; and
- Threatened lawsuits against the Judgment Debtor.

3. At least one week prior to the Judgment Debtor Examination, Judgment Debtor shall produce the following documents to Christensen James & Martin, c/o Sara D. Cope, Esq., 7440 W. Sahara Avenue, Las Vegas, NV 89117:

- Judgment Debtor's federal and state income tax returns for the past five (5) years;
- Judgment Debtor's most recent pay stub(s);
- Judgment Debtor's checking account records;
- Judgment Debtor's savings account records;
- Title or other evidence of Judgment Debtor's ownership of real estate;
- Documents regarding any equitable or beneficial ownership of any real estate owned by the Judgment Debtor;
- Titles or other evidence of Judgment Debtor's ownership of automobiles, trucks, vans, campers, motorcycles, snowmobiles or other motor vehicles of any type or description;
- All notes or other loans due the Judgment Debtor;
- All lawsuits, claims or causes of action by the Judgment Debtor against any other person, persons or companies;
- All stocks, bonds or similar instruments owned by the Judgment Debtor;
- All written or oral trusts of which the Judgment Debtor is a beneficiary;
- All accounts of any kind in which any person is holding any item of value for the Judgment Debtor for safekeeping or as a custodian or trustee;
- Evidence of any safe deposit boxes;
- Leases in which the Judgment Debtor has the right to receive rent or anything else of value; and
- Estates of which the Judgment Debtor is an heir, devisee or legatee.

4. Judgment Creditors shall utilize their best reasonable efforts to personally serve the Judgment Debtor with a copy of this Order. Nonetheless, this Order shall be deemed served upon the Judgment Debtor upon proof of attempted service at the last known addresses of the Judgment Debtor.

5. Should Judgment Debtor fail or refuse to appear at the Judgment Debtor Examination herein scheduled, or to produce the documents referred to above, this Court may

adjudicate the Judgment Debtor guilty of civil contempt of its orders and may issue a warrant or seizure order to compel compliance with this Order.

DATED and DONE this 12th day of July, 2011.

_____
U.S. Magistrate Judge

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: */s/ Sara D. Cope*
　　*Sara D. Cope, Esq.*
　　*Attorneys for Plaintiffs/*
　　*Judgment Creditors*

-4-